# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FISHNET SECURITY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:12-cv-00558-HFS |
| CORY STRANGE, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff FishNet Security, Inc. and Defendant Cory Strange, by and through respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

SHOOK, HARDY & BACON L.L.P.


By: /s/ Brian P. Baggott
    Mark C. Tatum, MO Bar #50082
    Brian P. Baggott, MO Bar #58494

2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: mtatum@shb.com
       bbaggott@shb.com

ATTORNEYS FOR PLAINTIFF FISHNET SECURITY, INC.

and

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

By: /s/ Stephen M. Bledsoe
    Stephen M. Bledsoe, MO Bar #47048
    Kathleen M. Nemechek, MO Bar #50139

2600 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816-561-7007
Facsimile: 816-561-1888
Email: sbledsoe@berkowitzoliver.com
       knemechek@berkowitzoliver.com

ATTORNEYS FOR DEFENDANT CORY STRANGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2013, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Stephen M. Bledsoe
Kathleen M. Nemechek
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108

ATTORNEYS FOR DEFENDANT


/s/ Brian P. Baggott
Attorney for Plaintiff FishNet Security, Inc.